UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS MCDANIEL,

    Plaintiff,

v.

MARGARET GILBERT, et al.,

    Defendants.

CASE NO. 16-cv-05458 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation [Dkt. #8].

(2)    Plaintiff failed to respond to the Order to Show Cause [Dkt. #7], and has failed to cure the noted deficiencies in his proposed complaint. This matter is DISMISSED with prejudice.

**DATED** this 4th day of October, 2016.

Ronald B. Leighton
United States District Judge

ORDER - 1